# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

January 6, 2026

## MEMO ENDORSED

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St,
Chamber 740
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/09/26
```

**Re: Jimmy Troncoso Tena v. Comm'r of SSA  1:25-cv-06987-JLR**

Dear Honorable Judge Moses:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's brief is due on January 7, 2026. Due to an influx of briefs due on or about the same date as a result of the end of administrative stays connected to government funding, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including March 9, 2026. The Defendant has given consent and further requests that the due date for his brief in response be extended to 60 days from Plaintiff's requested due date. No previous request for an extension has been made in this case.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Application GRANTED. Plaintiff's brief is due no later than **March 9, 2026**. Defendant's response is due no later than **May 8, 2026**. No further extension of these deadlines will be granted absent a showing of good cause.
SO ORDERED.

January 9, 2025

Barbara Moses
United States Magistrate Judge